USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JAMES NICHOLSON,

                Defendant.

---

No. 09 Cr. 414 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

A plea will be held in this matter on Friday, December 11, 2009 at 12:00 p.m. noon in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York. The government is reminded to comply with its obligations under the Justice for All Act of 2004, 18 U.S.C. § 3771, which provides "federal crime victims" with the right to, *inter alia*, "reasonable, accurate, and timely notice of any public court proceeding," and "be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding."

SO ORDERED.

Dated:    December 4, 2009
             New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE