

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 13, 2018

**VIA ECF**
The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    **United States v. James Nicholson**
              09 Cr. 414 (RJS)

Dear Judge Sullivan:

      The Government respectfully requests that the Court enter the attached Final Order of Forfeiture as to Substitute Assets in this matter.

                                        Respectfully,

                                        GEOFFREY S. BERMAN
                                        United States Attorney for the
                                        Southern District of New York

                    By:    _____
                                        JENNIFER GACHIRI
                                        Assistant United States Attorney
                                        Tel. No.: (212) 637-2209