UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JAMES NICHOLSON,

                Defendant.

No. 09-cr-414 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT defense counsel and the government shall appear before the Court for a conference on Thursday, July 27, 2023 at 2:00 p.m. in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:    July 26, 2023
            New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation