UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JAMES NICHOLSON,

               Defendant.

09-cr-414 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    The Court is in receipt of a letter from the Defendant, filed on October 25, 2025. (Doc. No. 134). IT IS HEREBY ORDERED THAT the government shall file a response to that letter no later than November 17, 2025.

SO ORDERED.

Dated:    November 3, 2025
            New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation